IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

        v.          No. 10-50066

**AMIE GLASS**                                                                       **DEFENDANT**

### O R D E R

Now on this 3rd day of January, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 19), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 19) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, in accordance with the findings set out in the Report and Recommendation, defendant's **Motion to VACATE UNDER 28 U.S.C. § 2255 (Doc. 14)** is hereby **DENIED** and **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                   **/s/ Jimm Larry Hendren**
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT COURT**